UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

EDDIE JAMES MOULTRIE,

    Plaintiff,

v.                                  Case No. 3:25cv968-LC-HTC

G. A. MOYLER, et al.,

    Defendants.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on January 6, 2026 (ECF No. 35), recommending the Defendants' Motion to Dismiss (ECF No. 27) be granted and this case be dismissed without prejudice because Plaintiff failed to truthfully disclose his litigation history. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).

Having considered the Report and Recommendation and conducted a *de novo* review of the timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (ECF No. 35) is adopted and incorporated by reference in this order.

2. Defendants' Motion to Dismiss (ECF No. 27) is GRANTED.

3. This case is DISMISSED WITHOUT PREJUDICE under this Court's inherent authority because Plaintiff failed to truthfully disclose his litigation history.

4. The clerk shall close the file.

**DONE AND ORDERED** this 26th day of January, 2026.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:25cv968-LC-HTC